AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FISHER, RAYMOND C. | U.S. COURT OF APPEALS - NINTH CIRCUIT | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE - SENIOR | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. COURT OF APPEALS - 9th CIRCUIT
125 S. GRAND AVE. #400
PASADENA, CA 91105

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Directors | Western Justice Center (nonprofit), Pasadena, CA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | CA State Teachers Retirement System - Pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Annenberg Foundation | Jan. 29-Feb. 1, 2017 | Rancho Mirage, CA | Civic Education Retreat | Transportation, meals, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA, NA RASP | A | Interest | K | T | | | | | |
| 2. AIG FOCUSED DIVIDEND STRAT (FDSWX) (X) | D | Distribution | M | T | Sold (part) | 07/19/17 | J | A | |
| 3. | | | | | Buy (add'l) | 08/01/17 | K | | |
| 4. | | | | | Sold (part) | 08/21/17 | J | | |
| 5. | | | | | Sold (part) | 11/20/17 | J | A | |
| 6. CHIRON CAPITAL ALLOCATION FUND INSTL CL | A | Dividend | | | Sold (part) | 01/23/17 | J | | |
| 7. | | | | | Sold (part) | 07/19/17 | J | A | |
| 8. | | | | | Sold | 08/01/17 | M | D | |
| 9. COLUMBIA DIV INCOME | D | Dividend | M | T | Sold (part) | 01/23/17 | K | D | |
| 10. | | | | | Sold (part) | 07/19/17 | J | A | |
| 11. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 12. | | | | | Sold (part) | 08/21/17 | J | A | |
| 13. | | | | | Sold (part) | 11/20/17 | J | A | |
| 14. FEDERATED STRATEGIC VALUE DIVIDEND INSTL CL | | None | | | Sold | 01/23/17 | M | D | |
| 15. FRANKLIN MUT GLOBAL DISC FD | | None | | | Sold (part) | 01/23/17 | J | A | |
| 16. | | | | | Sold (part) | 07/19/17 | J | A | |
| 17. | | | | | Sold | 08/01/17 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. J. HANCOCK DISCIPLINED VALUE | B | Dividend | L | T | Sold (part) | 01/23/17 | J | A | |
| 19. | | | | | Buy (add'l) | 08/01/17 | J | | |
| 20. | | | | | Sold (part) | 11/20/17 | J | A | |
| 21. LOOMIS SAYLES LTD TERM GOV & AGENCY FD CL Y | C | Dividend | M | T | Buy (add'l) | 01/23/17 | K | | |
| 22. | | | | | Sold (part) | 07/19/17 | J | | |
| 23. | | | | | Sold (part) | 08/01/17 | L | | |
| 24. | | | | | Sold (part) | 08/21/17 | J | | |
| 25. | | | | | Sold (part) | 11/20/17 | J | | |
| 26. LORD ABBETT AFFILIATED FD CL F (LAAFX) | E | Dividend | M | T | Buy | 01/23/17 | M | | |
| 27. | | | | | Sold (part) | 07/19/17 | J | A | |
| 28. | | | | | Buy (add'l) | 08/01/17 | K | | |
| 29. | | | | | Sold (part) | 08/21/17 | J | | |
| 30. | | | | | Sold (part) | 11/20/17 | J | | |
| 31. LORD ABBETT SHORT TERM | D | Dividend | M | T | Buy (add'l) | 01/23/17 | K | | |
| 32. | | | | | Sold (part) | 07/19/17 | J | | |
| 33. | | | | | Sold (part) | 08/01/17 | L | | |
| 34. | | | | | Sold (part) | 08/21/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 11/20/17 | J | | |
| 36. MAINSTAY INTERNATIONAL OPP FUND CL I | B | Dividend | M | T | Buy | 08/01/17 | M | | |
| 37. | | | | | Sold (part) | 08/21/17 | J | | |
| 38. | | | | | Sold (part) | 11/20/17 | J | | |
| 39. METROPOLITAN WEST TOT. RET. BOND | C | Dividend | M | T | Sold (part) | 01/23/17 | J | | |
| 40. | | | | | Sold (part) | 07/19/17 | J | | |
| 41. | | | | | Sold (part) | 08/01/17 | K | | |
| 42. | | | | | Sold (part) | 08/21/17 | J | | |
| 43. | | | | | Sold (part) | 11/20/17 | J | | |
| 44. NATIXIS GATEWAY FUND CL Y | A | Dividend | M | T | Buy | 08/01/17 | M | | |
| 45. | | | | | Sold (part) | 08/21/17 | J | | |
| 46. | | | | | Sold (part) | 11/20/17 | J | | |
| 47. NUVEEN REAL ASSET INCOME FUND CL I | B | Dividend | L | T | Buy | 08/01/17 | L | | |
| 48. | | | | | Sold (part) | 11/20/17 | J | | |
| 49. PRINCIPAL MID CAP FUND CL P | B | Dividend | L | T | Buy (add'l) | 08/01/17 | J | | |
| 50. | | | | | Sold (part) | 11/20/17 | J | A | |
| 51. PRINCIPAL SHORT TERM INCOME FUND CL P | C | Dividend | M | T | Buy (add'l) | 01/23/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/01/17 | L | | |
| 53. | | | | | Sold (part) | 08/21/17 | J | | |
| 54. | | | | | Sold (part) | 11/20/17 | J | | |
| 55. SUN AMERICA FOCUSED DIV | | None | | | Sold | 01/23/17 | K | C | |
| 56. TRANSAMERICA LARGE CAP VALUE FUND (TWQIX) | E | Dividend | M | T | Buy | 01/23/17 | M | | |
| 57. | | | | | Sold (part) | 07/19/17 | J | A | |
| 58. | | | | | Buy (add'l) | 08/01/17 | K | | |
| 59. | | | | | Sold (part) | 08/21/17 | J | A | |
| 60. | | | | | Sold (part) | 11/20/17 | J | | |
| 61. WELLS FARGO DISCIPLINED US CORE FD CL INSTL | D | Dividend | M | T | Sold (part) | 01/23/17 | K | C | |
| 62. | | | | | Sold (part) | 07/19/17 | J | A | |
| 63. | | | | | Buy (add'l) | 08/01/17 | K | | |
| 64. | | | | | Sold (part) | 08/21/17 | J | A | |
| 65. | | | | | Sold (part) | 11/20/17 | J | A | |
| 66. WESTERN ASSET CORE | D | Dividend | M | T | Sold (part) | 01/23/17 | J | | |
| 67. | | | | | Sold (part) | 07/19/17 | J | A | |
| 68. | | | | | Sold (part) | 08/01/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 08/21/17 | J | | |
| 70. | | | | | Sold (part) | 11/20/17 | J | A | |
| 71. NATIONWIDE AMERICA'S VISION ANNUITY (FIDVIP EQ INC INITIAL) | A | Interest | L | T | Distributed (part) | 11/01/17 | J | | |
| 72. JACKSON NAT'L LIFE FLEX 1 TAX SHELTERED FIXED ANNUITY | B | Interest | K | T | Distributed (part) | 06/02/17 | J | | |
| 73. JACKSON NATL LIFE SINGLE MAX TAX SHELTERED FIXED ANNUITY | B | Interest | L | T | Distributed (part) | 06/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| FISHER, RAYMOND C. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ RAYMOND C. FISHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544